# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN MINK HOOGE,<br><br>    Plaintiff<br><br>v.<br><br>L. MICHELLE SUGERMAN, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00592-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the plaintiff's response to the order to show cause (ECF No. 13),

I ORDER that the order to show cause (ECF No. 10) is satisfied, and I will not dismiss this action for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing subject matter jurisdiction exists before final judgment is entered.

DATED this 28th day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE