UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN M. HOOGE, | Case No.: 2:25-cv-00592-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| L. MICHELLE SUGERMAN, et al., | |
| Defendants | |

I ORDER that the defendants' certificate of interested parties (ECF No. 20) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not properly identify the citizenship of defendant Steinmann Institute LLC as required by that rule because it does not identify the citizenship of each member of that limited liability company. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER the defendants to file a proper certificate of interested parties by July 9, 2025.

DATED this 25th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE