UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN M. HOOGE, | Case No.: 2:25-cv-00592-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| L. MICHELLE SUGERMAN, et al., | |
| Defendants | |

I previously struck the defendants' certificate of interested parties (ECF No. 20) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). ECF No. 21.  As I explained in my order, I struck it because it did not properly identify the citizenship of defendant Steinmann Institute LLC as required by that rule, as it did not identify the citizenship of each member of that limited liability company. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  I ordered the defendants to file a proper certificate of interested parties by July 9, 2025. ECF No. 21.  The defendants did not file a certificate of interested parties by July 9 as ordered.

I THEREFORE ORDER the defendants to file a proper certificate of interested parties by July 24, 2025.  The failure to comply with this order may result in imposition of sanctions against the defendants and counsel, including dismissal of claims or defenses and monetary fines.

DATED this 10th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE