UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN MINK HOOGE,<br><br>    Plaintiff<br><br>v.<br><br>L. MICHELLE SUGERMAN, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00592-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the defendants' response to the order to show cause (ECF No. 31),

I ORDER that the order to show cause (ECF No. 29) is satisfied.

DATED this 28th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE