**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JORDAN M. HOOGE

    Plaintiff(s),

vs.

L. MICHELLE SUGERMAN PH.D

    Defendant(s).

Case #2:25-cv-00592-APG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jaryl L. Rencher_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Rencher Anjewierden_____
(firm name)

with offices at _____460 South 400 South_____,
(street address)

___Salt Lake City___, ___Utah___, ___84111___,
(city)                    (state)          (zip code)

___8019611300___, ___rencher@lawfirmra.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___L. Michelle Sugerman PH.D___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.  That since  October 7, 1986  (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  Utah  (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington DC Court of Appeals | September 15, 1989 | 420166 |
| Colorado Supreme Court via Bar Admission | February 8, 1990 | 019209 |
| Utah Supreme Court | October 7, 1986 | 4903 |
| United States Federal Court for the District of Uta | October 7, 1986 | 4903 |
| Tenth Circuit Court of Appeals | January 1, 1994 | 117748 |
| United States Supreme Court | | |
| | | |

5.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Colorado (Inactive status), Utah, Washington DC (Inactive status)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Utah___ )
COUNTY OF ___Salt Lake City___ )

___Jaryl L. Rencher___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__21st__ day of __November__, __2025__.

_____
Notary Public or Clerk of Court

JANE R... L.
Notary Public ... of Utah
Com... # 731964
My C... ...sion Expires
...ly 5, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Keith Weaver, Allissa Bestick___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___6385 S. Rainbow Boulevard, Suite 600___,
(street address)

___Las Vegas___, ___Nevada___, ___89118___,
(city)        (state)        (zip code)

___7028933383___, ___Keith.Weaver@lewisbrisbois.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Keith A. Weaver, Allissa Bestick_ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

L. Michelle Sugerman, Ph.D.
(type or print party name, title)

_____
(party's signature)

L. Michelle Sugerman, Ph.D.
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Alissa N. Bestick
Designated Resident Nevada Counsel's signature

14979                           alissa.bestick@lewisbrisbois.com
Bar number                      Email address

APPROVED:

Dated: this __2nd__ day of __December__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 11/10/2025

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Jaryl L Rencher

This is to certify that Jaryl L Rencher, Utah State Bar No. 4903 was admitted to practice law in Utah on 10/7/1986.

Jaryl L Rencher is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2025 -1153367
verify by email at cogsrequest@utahbar.org