**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN M. HOOGE,<br><br>     Plaintiff,<br><br>v.<br><br>L. MICHELLE SUGERMAN, et al.,<br><br>     Defendants. | Case No. 2:25-cv-00592-APG-NJK<br><br>**Order**<br><br>[Docket No. 47] |

Pending before the Court is Defendants' stipulation to substitute counsel. Docket No. 47.

LR IA 6-2 requires that stipulations include an "order" in the form of a signature block on which the court can endorse approval of the relief sought. "This signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation." LR IA 6-2. Defendants' stipulation fails to comply with the requirements of LR IA 6-2.

Nonetheless, the Court **GRANTS** the stipulation to substitute counsel. Docket No. 47. The parties are **ORDERED** to comply with the Federal Rules of Civil Procedure and the local rules in all filings to the court.

IT IS SO ORDERED.

Dated: December 2, 2025

                                                          _____
Nancy J. Koppe
United States Magistrate Judge